**STATE v. MARLER**

[365 N.C. 291 (2011)]

STATE OF NORTH CAROLINA v. CODY JAMES MARLER

No. 459PA10

(Filed 7 October 2011)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, —— N.C. App. ——, 699 S.E.2d 140 (2010), finding no error in judgments entered on 18 September 2008 by Judge Ronald K. Payne in Superior Court, Haywood County. Heard in the Supreme Court 8 September 2011.

*Roy Cooper, Attorney General, by Catherine F. Jordan and Derrick C. Mertz, Assistant Attorneys General, for the State.*

*David L. Neal for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.